IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 11-532 |
| | : | |
| ANTHONY GILLARD | : | |

## **ORDER**

AND NOW, this 12th day of February, 2021, upon consideration of Defendant Anthony Gillard's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 58) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.